| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Jr., Robert L | 2. Court or Organization<br><br>U.S.D.C. (INN) | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>325 Robert A. Grant Fed. Bldg.<br>204 S. Main St.<br>South Bend, IN 46601 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/3/92 | West Pub. Co. - Royalties, 15% (2d edition of lawbook) |
| 2. 4/05 | West Pub. Co. - Royalties, 15% - annual lawbook |
| 3. 4/05 | West Pub. Co. - supplement to 2d edition - Royalties, 15% |

RECEIVED 2007 MAY 15 A 9: 48 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

**A. Filer's Non-Investment Income**

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Thomson-West Publishing Co. - royalties | $ 29156.70 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State of Indiana - salary |
| 2. | |
| 3. | Notre Dame University - salary |
| 4. | Kelly Gallagher - rent payments, sale of house |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sprint Corp. (common) | A | Dividend | J | T | | | | | |
| 2. IRA - Raymond James | | | | | | | | | |
| 3. Investment Co. of America (mutual fund) | C | Dividend | K | T | | | | | |
| 4. Fundamental Investors Inc. (mutual fund) | A | Dividend | J | T | | | | | |
| 5. New Perspective Fund (mutual fund) | C | Dividend | K | T | | | | | |
| 6. Smallcap Wold Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 7. New Economy Fund (mutual fund) | A | Dividend | K | T | | | | | |
| 8. Touchstone Growth Value (mutual fund) | | None | J | T | | | | | |
| 9. IRA ■ Raymond James -d | | | | | | | | | |
| 10. Heritage Cash Trust | A | Dividend | J | T | | | | | |
| 11. Touchstone Emerging Growth Fund (mutual fund) | B | Dividend | K | T | | | | | |
| 12. Touchstone Growth Value Fund (mutual fund) | | None | K | T | | | | | |
| 13. IRA ■ - Standard Federal Bank | A | Interest | J | T | | | | | |
| 14. Raymond James ■ -a | A | Dividend | J | T | | | | | |
| 15. Minority interest in lease purchase contract | C | Distribution | K | W | Sell | 6/30 | N | | Elkhart County, IN |
| 16. .1044% intewrest in unit at Disney World -b | | None | J | R | | | | | |
| 17. undivided interest in real estate in Cass Co., MI -c | | None | J | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.
Additional assets
18. Real estate in St. Joseph County, IN -f    Amt Code A - Income Type Rent - Value Code L - Value Method R Sold 4/14 Value Code M, no gain buyer K. Gallagher
19. 1st Source Bank money market Amt Code B - Income Type Interest - Value Code M - Value Method T

Additional Information or Explanations from Part VII Investments and Trusts
a-Part VII, Line 17. This account holds the Sprint common stock shown on line 1 of Part VII. There is no additional value to this account beyond the Sprint stock.

b-Part VII, line 16. This was purchased on December 11, 1993 for $11,210.00

c-Part VII, line 17. This was purchased in a        transaction for $1.00 on October 10, 1998.

d- Part VII, line 9. This IRA consists solely of the assets listed on lines 10-12 of Part VII. There is no additional value to this account.

f - Purchase price $117,500.

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L | 05/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _5/10/07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544